John Schryber (JS 7881)
John Corbett (JC 2433)
**PATTON BOGGS LLP**
1675 Broadway at 52nd Street
31st Floor
New York, New York 10019-5820
Telephone: 646-557-5100
Facsimile:646-557-5101



Attorneys for Plaintiffs
Blue Wolf Capital Management LLC, Adam M.
Blumenthal and Josh A. Wolf-Powers

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLUE WOLF CAPITAL MANAGEMENT LLC, ADAM M. BLUMENTHAL and JOSH A. WOLF-POWERS<br><br>Plaintiffs,<br><br>v.<br><br>JOHNNIC HOLDINGS LIMITED,<br><br>Defendant. | **RULE 7.1 STATEMENT** |

AUG 28 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Blue Wolf Capital Management LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:  N/A.

By:  _____
John Schryber, Esq. (JS 7881)

Dated: August 28, 2007

46119