HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BLUE WOLF CAPITAL MANAGEMENT
LLC, ADAM M. BLUMENTHAL and JOSH
A. WOLF-POWERS

        Plaintiffs,

v.

JOHNNIC HOLDINGS LIMITED,

        Defendant.

Civil Case No. 07-CV-7675

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs BlueWolf Capital Management, LLC, Adam M. Blumenthal, and Josh A. Wolf-Powers ("Plaintiffs") hereby dismiss, with prejudice, the above-captioned action against defendant Johnnic Holdings Limited on the grounds that this defendant has not yet served an answer or moved for summary judgment in this action.

Dated: October 22, 2007

PATTON BOGGS LLP
Attorneys for Plaintiffs

By: _____
    John Schryber, Esq. (JS 7881)

SO ORDERED: _____
    United States District Judge
    Dated: 10/23/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/07

48121